IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MICHAEL BLAIR and DENISE BLAIR, et al. )
)
                 Plaintiffs, )
vs. ) CASE: 5:08-cv-00360-M
)
UNION PACIFIC RAILROAD COMPANY, )
a Delaware corporation, )
)
                 Defendant. )

**PLAINTIFFS' EXHIBIT LIST**

| NO. | PLAINTIFF NAME AND/OR DOCUMENT NO. | DESCRIPTION |
|---|---|---|
| 1 | KF 001 | Aerial photos |
| 2 | KF 001 | Bridge photos |
| 3 | KF 001 | Slide show |
| 4 | KF 001 | News videos |
| 5 | KF 002-005 | Red Cross brochure "Repairing Your flooded Home" |
| 6 | KF 006-007 | Red Cross brochure "After a Flood: The First Steps" |
| 7 | KF 008-009 | Red Cross brochure "Take Care of Yourself During Clean Up" |
| 8 | KF 010-011 | Red Cross brochure "The Storm Has Passed…Now What" |
| 9 | KF 012-072 | Red Cross brochure "Repairing Your Flooded Home" |
| 10 | KF 073-107 | FEMA brochure "Answers to Questions About Substantially Damaged Buildings" |
| 11 | ALL PLAINTIFFS | Flood photographs and news footage received from Randy Poindexter and Steve Loftis |
| 12 | MILLER 001 | Property appraisals |
| 13 | BENGS | Photos of property post-flood |
| 14 | BENGS 113 | General Warranty Deed |
| 15 | BENGS 115-131 | Structural estimate |
| 16 | BENGS 132-136 | Personal property inventory |
| 17 | BENGS 149-151 | Client photographs of real and personal property post-flood |
| 18 | BENGS 152-157 | Cancelled checks and receipts for labor to clean and repair property |
| 19 | BENGS 158-159 | Summary of expenses and labor related to clean-up and repair |
| 20 | BENGS 160-162 | Printouts from employers indicating time off work related to flood |

1

| 21 | BENGS 163-170 | Summary of time and copies of receipts related to clean up and repairs |
|---|---|---|
| 22 | BLAIR | Photos of property post-flood |
| 23 | BLAIR 001 | General Warranty Deed |
| 24 | BLAIR 003-009 | Structural estimate |
| 25 | BLAIR 010-011 | Personal property inventory |
| 26 | BLAIR 012-013 | Photos of property post-flood |
| 27 | BOLLENBACH 001 | Quit Claim Deed |
| 28 | BOLLENBACH 004-024 | Structural estimate |
| 29 | BOLLENBACH 025-026 | Resignation of Successor Trustee and Activation of Alternate Successor Co-Trustees |
| 30 | BOLLENBACH 027 | Co-Trustees Power of Attorney |
| 31 | BOUTWELL 004-006 | Personal property inventory |
| 32 | BRICK'S | Photos of property post-flood |
| 33 | BRICK'S | Videos of property post-flood |
| 34 | BRICK'S 001-002 | Deed of Personal Representative |
| 35 | BRICK'S 004-016 | Structural estimate |
| 36 | BRICK'S 017-019 | Personal property inventory |
| 37 | BRICK'S 020-027 | Client photos post-flood |
| 38 | BRISCOE 001 | Warranty Deed |
| 39 | BRISCOE 003-023 | Structural estimate |
| 40 | BRISCOE 024-026 | Personal property inventory |
| 41 | BRISCOE 027-036 | Photos of property post-flood |
| 42 | CAMARENA 001 | Warranty Deed |
| 43 | CAMARENA 003-017 | Structural estimate |
| 44 | CAMARENA 018-019 | Personal property inventory |
| 45 | CANTRELL | Photos of property post-flood |
| 46 | CANTRELL 012-032 | Personal property inventory |
| 47 | CANTRELL 033-040 | Photos of property post-flood |
| 48 | CHRISTIAN | Photos of property post-flood |
| 49 | CHRISTIAN 031 | General Warranty Deed |
| 50 | CHRISTIAN 033-046 | Structural estimate |
| 51 | CHRISTIAN 047-048 | Personal property inventory |
| 52 | CHRISTIAN 067-071 | Photos of property post-flood |
| 53 | CLEARWATER 002-004 | Personal property inventory |
| 54 | CLEARWATER 005-006 | Photos of property post-flood |
| 55 | COFER | Photos of flood and property pre- and post-flood |
| 56 | COFER 001 | Mobile home title |
| 57 | COFER 010 | Mobile home replacement cost |
| 58 | COFER 013-015 | Personal property inventory |
| 59 | COFER 011-012 | Photos of property before, during and after flood |
| 60 | COFER 016-021 | Photos of property before, during and after flood |
| 61 | COPE | Photos of flood and property post-flood |
| 62 | COPE 004-007 | Medical records from Krablin Medical for William Brian Cope |

| | | |
|---|---|---|
| 63 | COPE 020 | Quit Claim Deed |
| 64 | COPE 022-042 | Structural estimate |
| 65 | COPE 043-049 | Personal property inventory |
| 66 | COPE 050-054 | Photos of property during and after flood |
| 67 | CRB RESOURCES | Photos of property post-flood |
| 68 | CRB RESOURCES 001 | List of labor for clean-up |
| 69 | CRB RESOURCES 002 | Warranty deed |
| 70 | CRB RESOURCES 004-029 | Structural estimate |
| 71 | CRB RESOURCES 030-035 | Personal property inventory |
| 72 | CRB RESOURCES 036-042 | Photos of property post-flood |
| 73 | D&M RESOURCES | Photos of property post-flood |
| 74 | D&M RESOURCES 002-003 | Personal property inventory |
| 75 | D&M RESOURCES 004-006 | Photos of property post-flood |
| 76 | DELGADILLO 001 | Warranty Deed |
| 77 | DELGADILLO 003-021 | Structural estimate |
| 78 | DELGADILLO 022-023 | Personal property inventory |
| 79 | DENNY | Photos of property post-flood |
| 80 | DENNY 003-004 | Warranty Deed |
| 81 | DENNY 006-021 | Structural estimate |
| 82 | DENNY 022-031 | Personal property inventory |
| 83 | DENNY 032-042 | Photos of property during and after flood |
| 84 | DENNY/CC | Photos of property post-flood |
| 85 | DENNY/CC | Videos of property post-flood |
| 86 | DENNY/CC 001-002 | Warranty Deed |
| 87 | DENNY/CC 004-013 | Structural estimate |
| 88 | DENNY/CC 014-022 | Personal property inventory |
| 89 | DENNY/CC 023-029 | Photos of property during and after flood |
| 90 | FIRST BAPTIST | Photos of property post-flood |
| 91 | FIRST BAPTIST | Videos of property post-flood |
| 92 | FIRST BAPTIST 001 | Warranty Deed |
| 93 | FIRST BAPTIST 003-018 | Structural estimate |
| 94 | FIRST BAPTIST 019-020 | Personal property inventory |
| 95 | FIRST BAPTIST 021-028 | Photos of property post-flood |
| 96 | FRAIR 002 | Photo of property after flood |
| 97 | FRAIR 003-007 | Documents establishing value of property |
| 98 | FRANKLIN | Photos of property pre- and post-flood |
| 99 | FRANKLIN | Videos of property post-flood |
| 100 | FRANKLIN 001 | Quit Claim Deed |
| 101 | FRANKLIN 003-023 | Structural estimate |
| 102 | FRANKLIN 024-026 | Personal property inventory |

| | | |
|---|---|---|
| 103 | FRANKLIN 027-038 | Photos of flood and property before and after flood |
| 104 | CHARLES FREE | Photos of property post-flood |
| 105 | CHARLES FREE 023-024 | General Warranty Deed |
| 106 | CHARLES FREE 026 | Mobile home replacement cost |
| 107 | CHARLES FREE 029-030 | Personal property inventory |
| 108 | CHARLES FREE 027-028, 031 | Photos of property after flood |
| 109 | KANE FREE | Photos of property pre-flood |
| 110 | KANE FREE 004, 004A | Personal property inventories of Kane and Margarita Free |
| 111 | KANE FREE 005-006 | Photos of property pre-flood |
| 112 | GARNER | Photos of property post-flood |
| 113 | GARNER 001 | Quit Claim Deed |
| 114 | GARNER 003-012 | Structural estimate |
| 115 | GARNER 017-026 | Photos of property post-flood |
| 116 | GARNER 077-083 | Personal property inventory |
| 117 | DON GEORGE | Photos of property post-flood |
| 118 | DON GEORGE 016 | Quit Claim Deed |
| 119 | DON GEORGE 018-027 | Structural estimate |
| 120 | DON GEORGE 028-033 | Personal property inventory |
| 121 | DON GEORGE 034-037 | Photos of property post-flood |
| 122 | DON GEORGE 038-039 | Structural estimate and photos of station |
| 123 | DON GEORGE 040-041 | Receipts for labor related to clean up after flood |
| 124 | WILMA GEORGE | Photos of property post-flood |
| 125 | WILMA GEORGE 002-015 | Structural estimate |
| 126 | WILMA GEORGE 016 | Personal property inventory |
| 127 | WILMA GEORGE 017-018 | Photos of property post-flood |
| 128 | GOD'S COVENANT | Photos of property post-flood |
| 129 | GOD'S COVENANT 001 | Certificate of Incorporation |
| 130 | GOD'S COVENANT 007 | Warranty Deed |
| 131 | GOD'S COVENANT 009-024 | Structural estimate |
| 132 | GOD'S COVENANT 025-027 | Personal property inventory |
| 133 | GOD'S COVENANT 028 | Photos of property post flood |
| 134 | GOODEN | Photos of property post-flood |
| 135 | GOODEN | Videos of property post-flood |
| 136 | GOODEN 002-006 | Personal property inventory |
| 137 | GOODEN 007-008 | Plaintiff statement re: loss of sculpture |
| 138 | GOODEN 009 | Invoice |
| 139 | GOODEN 010-020 | Photos of property post flood |
| 140 | HARPER | Photos of property post-flood |
| 141 | HARPER | Videos of property post-flood |

| 142 | HARPER 027 | General Warranty Deed |
|---|---|---|
| 143 | HARPER 029-052 | Structural estimate |
| 144 | HARPER 053-054 | Personal property inventory |
| 145 | HARPER 055-056 | Photos of property post flood |
| 146 | HENRY | Photos of flood and property post-flood |
| 147 | HENRY 003 | General Warranty Deed |
| 148 | HENRY 005-017 | Structural estimate |
| 149 | HENRY 018-022 | Personal property inventory |
| 150 | HENRY 023-027 | Receipts |
| 151 | HENRY 028-036 | Photos of property post flood |
| 152 | HILL/JB LIQUOR 040 | Warranty Deed |
| 153 | HILL/JB LIQUOR 043-062 | Structural estimate |
| 154 | HILL/JB LIQUOR 063-077 | Personal property inventory |
| 155 | HILL/JB LIQUOR 078-081 | Photos of property post flood |
| 156 | HILL | Photos of property post-flood |
| 157 | HUCKINS 001-002 | Estimate from Kingfisher Body & Glass |
| 158 | HUCKINS 002-069 | Receipts for items damaged or lost |
| 159 | HUCKINS 071 | Photo of property |
| 160 | HUCKINS 072-141 | Receipts and invoices |
| 161 | JOBE 002 | Personal property inventory |
| 162 | JOBE 003-005 | Photos of property post-flood |
| 163 | JOBE | Photos of property post-flood |
| 164 | KF KOOKERS 022 | Payroll Summary dated 08/31/07 |
| 165 | KF KOOKERS 083 | LF Stuteville to R&R Adjusters dated 10/8/07 re: as owner and leasor carries no insurance on building |
| 166 | KF KOOKERS 084-085 | Lease between Stuteville and Kingfisher Kookers dated 06/01/06 |
| 167 | KF KOOKERS 087-092 | Personal property inventory |
| 168 | KF KOOKERS 93-113 | Photos of property post-flood |
| 169 | KF KOOKERS 114-142 | Receipts and invoices |
| 170 | KF KOOKERS | Photos of property post-flood |
| 171 | KRAUS 002 | Trustee Quit Claim Deed |
| 172 | KRAUS | Photos of property post-flood |
| 173 | COLLECTIQUES 001-002 | Handwritten list of expenses |
| 174 | COLLECTIQUES 042-047 | Medical records from Dr. Studebaker for Linda Kraus |
| 175 | COLLECTIQUES 048 | Joint Tenancy Warranty Deed |
| 176 | COLLECTIQUES 050-088 | Structural estimate |
| 177 | COLLECTIQUES 089-112 | Personal property inventory |
| 178 | COLLECTIQUES 113-121 | Photos of property post-flood |
| 179 | COLLECTIQUES 122-147 | Structural estimate on shop |
| 180 | COLLECTIQUES 148-157 | Structural estimate on station |
| 181 | COLLECTIQUES 158-162 | Structural estimate on garage |
| 182 | COLLECTIQUES | Photos of property post-flood |
| 183 | LANN | Photos of property post-flood |
| 184 | LANN 001 | General Warranty Deed |

| | | |
|---|---|---|
| 185 | LANN 003-022 | Structural estimate |
| 186 | LANN 023-027 | Personal property inventory |
| 187 | LANN 028-033 | Photos of property post-flood |
| 188 | LINDSEY CATTLE | Photos of property post-flood |
| 189 | LINDSEY CATTLE 037 | Quit Claim Deed |
| 190 | LINDSEY CATTLE 039-044 | Structural estimate |
| 191 | LINDSEY CATTLE 045-048 | Personal property inventory |
| 192 | LINDSEY CATTLE 049-053 | Photos of property post-flood |
| 193 | LINDSEY CATTLE 054-062 | Receipts |
| 194 | LINDSEY, ROBERT | Photos of property post-flood |
| 195 | LINDSEY, ROBERT 002-038 | Structural estimate |
| 196 | LINDSEY, ROBERT 039-042 | Personal property inventory |
| 197 | LINDSEY, ROBERT 043-046 | Photos of property post-flood |
| 198 | MARKUS, STEVE | Photos of flood and property post-flood |
| 199 | MARKUS, STEVE 010 | Warranty Deed |
| 200 | MARKUS, STEVE 012-021 | Structural estimate |
| 201 | MARKUS, STEVE 022-024 | Personal property inventory |
| 202 | MARKUS, STEVE 025-027 | Photos of property post-flood |
| 203 | MARKUS, VIDA | Photos of property post-flood |
| 204 | MARKUS, VIDA 002-012 | Personal property inventory |
| 205 | MARKUS, VIDA 013-027 | Photos of property post-flood |
| 206 | MORENO/HWY 81 | Photos of property post-flood |
| 207 | MORENO/HWY 81 | Videos of property post-flood |
| 208 | MORENO/HWY 81 004 | Certificate of Fictitious Name |
| 209 | MORENO/HWY 81 005 | Certificate of License |
| 210 | MORENO/HWY 81 006-007 | Warranty Deed |
| 211 | MORENO/HWY 81 101-111 | Photos of items damaged or lost |
| 212 | MORENO/HWY 81 335-347 | Structural estimate |
| 213 | MORENO/HWY 81 348-360 | Personal property inventory |
| 214 | MORENO/HWY 81 361-365, 404-411 | Photos of property post-flood |

| | | |
|---|---|---|
| 215 | MORENO/HWY 81 365-403, 412-456 | Receipts and invoices |
| 216 | MUNOZ 003-004 | Warranty Deed |
| 217 | MUNOZ 006-023 | Structural estimate |
| 218 | MUNOZ 024-029 | Personal property inventory |
| 219 | MURRAY 002 | Personal property inventory |
| 220 | MUSICK | Photos of property post-flood |
| 221 | MUSICK 001 | General Warranty Deed |
| 222 | MUSICK 003-014 | Structural estimate |
| 223 | MUSICK 015-017 | Personal property inventory |
| 224 | MUSICK 018-027 | Photos of flood and property post-flood |
| 225 | NORBURY | Photos of property post-flood |
| 226 | NORBURY 005-021 | Cancelled checks for labor and materials related to flood |
| 227 | NORBURY 023-026 | Receipts for items and supplies |
| 228 | NORBURY 027-028 | Cancelled checks for labor and materials related to flood |
| 229 | NORBURY 029-035 | Receipts for items and supplies |
| 230 | NORBURY 036-037 | Cancelled checks for labor and materials related to flood |
| 231 | NORBURY 038-046 | Receipts for items and supplies |
| 232 | NORBURY 047 | General Warranty Deed |
| 233 | NORBURY 048 | Quit Claim Deed |
| 234 | NORBURY 050-051 | Structural estimate |
| 235 | NORBURY 052-054 | Personal property inventory |
| 236 | NORBURY 055-063 | Photos of property post-flood |
| 237 | OGILVIE | Photos of property post-flood |
| 238 | OGILVIE 007-012 | Handouts from Red Cross |
| 239 | OGILVIE 013-016 | Handouts from FEMA |
| 240 | OGILVIE 017-020 | Handouts from Red Cross |
| 241 | OGILVIE 021-043 | Handouts from FEMA |
| 242 | OGILVIE 044-045 | Warranty Deed |
| 243 | OGILVIE 047-074 | Structural estimate |
| 244 | OGILVIE 075-079 | Personal property inventory |
| 245 | OGILVIE 080-091 | Photos of flood and property post-flood |
| 246 | ORTEGA 001 | Warranty Deed |
| 247 | ORTEGA 003-019 | Structural estimate |
| 248 | ORTEGA 020 | Personal property inventory |
| 249 | PADILLA, BERNARD | Photos of property post-flood |
| 250 | PADILLA, B 002-012 | Structural estimate |
| 251 | PADILLA, B 013-019 | Personal property inventory |
| 252 | PADILLA, B 015-018 | Photos of property post-flood |
| 253 | PADILLA, GENARO | Photos of property post-flood |
| 254 | PADILLA, G 001 | General Warranty Deed |
| 255 | PADILLA, G 003-018 | Structural estimate |

| 256 | PADILLA, G 019-020 | Personal property inventory |
|-----|---------------------|------------------------------|
| 257 | PADILLA, G 021-029 | Receipts |
| 258 | PADILLA, S 001-002 | Quit claim Deed |
| 259 | PADILLA, S 003-004 | Warranty Deed |
| 260 | PADILLA, S 005 | Warranty Deed |
| 261 | PADILLA, S 007-048 | Structural estimates |
| 262 | PADILLA, S 049-050 | Personal property inventory |
| 263 | PALMER | Photos of property post-flood |
| 264 | PALMER | Videos of property post-flood |
| 265 | PALMER 001 | Warranty Deed |
| 266 | PALMER 003-036 | Structural estimate |
| 267 | PILGRIM'S REST | Photos of property post-flood |
| 268 | PILGRIM 001-002 | Warranty Deed |
| 269 | PILGRIM 004-021 | Structural estimate |
| 270 | PILGRIM 022-023 | Personal property inventory |
| 271 | PILGRIM 024-030 | Photos of property post-flood |
| 272 | PILGRIM 031-032 | Excerpt from Pilgrim Rest's By-Laws |
| 273 | PILGRIM 033-035 | Minutes from meeting of 12-31-05 indicating E. Yarbrough to be Trustee |
| 274 | PIRTLE | Photos of property post-flood |
| 275 | PIRTLE 002-019 | Structural estimate for house |
| 276 | PIRTLE 020 | Estimate to replace mobile home |
| 277 | PIRTLE 021 | Title for mobile home |
| 278 | PIRTLE 022-039 | Structural estimate for mobile home |
| 279 | PIRTLE 040 | Deed for real property at 315 S. 12th |
| 280 | PIRTLE 041 | Quit Claim Deed for real property at 116 S. 10th |
| 281 | PIRTLE/33 WELDING | Photos of property post-flood |
| 282 | PIRTLE/33 WELDING | Videos of property post-flood |
| 283 | PIRTLE/33 WELDING 021-022 | General Warranty Deed |
| 284 | PIRTLE/33 WELDING 024-046 | Structural estimate |
| 285 | PIRTLE/33 WELDING 047-052 | Personal property inventory |
| 286 | PIRTLE/33 WELDING 053-065 | Photos of property post-flood |
| 287 | PITTMAN | Photos of property post-flood |
| 288 | PITTMAN 001-002 | Warranty Deed |
| 289 | PITTMAN 003 | Quit Claim Deed |
| 290 | PITTMAN 005-012 | Structural estimate |
| 291 | PITTMAN 013-017 | Personal property inventory |
| 292 | PITTMAN 018 | Photos of property post-flood |
| 293 | PITTMAN 004-005 | Settlement Statement for sale of real property at 613 W. Broadway |
| 294 | POGUE | Photos of property post-flood |

| # | ID | Description |
|---|---|---|
| 295 | POGUE | Videos of property post-flood |
| 296 | POGUE 002 | Warranty Deed |
| 297 | POGUE 004-098 | Structural estimate |
| 298 | POGUE 099-106 | Personal property inventory |
| 299 | POGUE 107-116 | Photos of property post-flood |
| 300 | QUALITY | Photos of property post-flood |
| 301 | QUALITY 002-004 | Personal property inventory |
| 302 | QUALITY 005-010 | Photos of property post-flood |
| 303 | R & S | Photos of property post-flood |
| 304 | R & S | Videos of property post-flood |
| 305 | R & S 002 | Certificate of LLC |
| 306 | R & S 003 | Articles of Organization |
| 307 | R & S 010-011 | Quit Claim Deed |
| 308 | R & S 013-039 | Structural estimate |
| 309 | RANSOM | Photos of property post-flood |
| 310 | RANSOM 001 | Warranty Deed |
| 311 | RANSOM 003-023 | Structural estimate |
| 312 | RANSOM 024-025 | Personal property inventory |
| 313 | RANSOM 026-028 | Photos of property post-flood |
| 314 | RUHL | Photos of property post-flood |
| 315 | RUHL | Videos of property post-flood |
| 316 | RUHL 032-036 | Photos of items damaged or lost |
| 317 | RUHL 037 | General Warranty Deed |
| 318 | RUHL 039-125 | Structural estimate |
| 319 | RUHL 126-134 | Personal property inventory |
| 320 | RUHL 135-150 | Receipts and invoices |
| 321 | RUHL 151-172 | Photos of property post-flood |
| 322 | SANDEFUR | Photos of property post-flood |
| 323 | SANDEFUR | Videos of property post-flood |
| 324 | SANDEFUR 001-003 | Trustee's Deed |
| 325 | SANDEFUR 005-022 | Structural estimate |
| 326 | SANDEFUR 023-027 | Personal property inventory |
| 327 | SANDEFUR 028-035 | Photos of property post-flood |
| 328 | SANDERS | Photos of property post-flood |
| 329 | SANDERS 001 | Warranty Deed |
| 330 | SANDERS 002 | Warranty Deed |
| 331 | SANDERS 003 | Warranty Deed |
| 332 | SANDERS 004 | Quit Claim Deed |
| 333 | SANDERS 005 | General Warranty Deed |
| 334 | SANDERS 007-015 | Structural estimate |
| 335 | SANDERS 016-017 | Personal property inventory |
| 336 | SANDERS 018-023 | Photos of property pre- and post-flood |
| 337 | STUTEVILLE 001-002 | Warranty Deed |
| 338 | STUTEVILLE 004-051 | Structural estimate |
| 339 | VICKMAN | Photos of property post-flood |

| 340 | VICKMAN 002 | Structural estimate |
|---|---|---|
| 341 | VICKMAN 003-006 | Photos of property post-flood |
| 342 | VICKMAN 007-010 | Personal property inventory |
| 343 | WAEGER | Photos of property post-flood |
| 344 | WAEGER 007-012 | Personal property inventory |
| 345 | WAEGER 013-014 | Photos of property post-flood |
| 346 | WALLACE | Photos of flood and property post-flood |
| 347 | WALLACE 001 | Quit Claim Deed |
| 348 | WALLACE 003-014 | Structural estimate |
| 349 | WALLACE 015-017 | Personal property inventory |
| 350 | WALLACE 018-025 | Photos of property post-flood |
| 351 | WALTER | Photos of property post-flood |
| 352 | WALTER | Videos of property post-flood |
| 353 | WALTER 001 | General Warranty Deed |
| 354 | WALTER 002 | Quit Claim Deed |
| 355 | WALTER 003 | Quit Claim Deed |
| 356 | WALTER 569 | Damage summary |
| 357 | WALTER 570-595 | Structural estimate |
| 358 | WALTER 596 | Inventory summary |
| 359 | WALTER 597-1148 | Documents relating to damaged property |
| 360 | WILSON 002-016 | Structural estimate |
| 361 | WILSON 017 | Personal property inventory |
| 362 | | All exhibits and documents referenced in the report of Gary Miles |
| | | Personal property inventories prepared by Gary Miles indicating cost to repair, replace and/or refurbish personal property of Plaintiffs |
| 363 | | All exhibits and documents referenced in the report of Blaine Reely |
| 364 | | All exhibits and documents referenced in the report of Preston Lay |
| 365 | | Structural estimates prepared by Brendle Associates indicating the cost to repair Plaintiffs' real property |
| 366 | | All exhibits and documents referenced in the report of Mike Miller |
| 367 | | Property appraisals prepared by Miller Appraisals indicating the market value of Plaintiffs' real property |
| 368 | | All exhibits and documents referenced in the report of Will Clark |
| 369 | | Union Pacific Annual Reports for years 2006, 2007, and 2008 |
| 370 | | Documents related to Union Pacific net and gross profits for years 2006, 2007, and 2008 |
| 371 | | Federal Railroad Administration Track Safety Standards Compliance Manual |

| | | |
|---|---|---|
| 372 | | Track profiles for track lying between mile posts 370 and 380 in Kingfisher County |
| 373 | | Numerous maps and drawings produced by Defendant indicating track and structures in Kingfisher County |
| 374 | | UP's file on bridge 377.8 in Kingfisher County |
| 375 | | UP's file on bridge 376.1 in Kingfisher County |
| 376 | | Correspondence, photos, and data sheets re: deck replacement of bridge 376.1 |
| 377 | | Drawings and design specifications for bridge 376.1 |
| 378 | | Track profile for bridge 376.1 dated 03/12/48 |
| 379 | | Inspection reports for bridges and culverts located between mileposts 373 and 379 |
| 380 | | Maintenance records and work codes for bridges, culverts, and track located between mileposts 373 and 379 |
| 381 | | Drawing of Grillage Details and Top Rail Profile for bridge 377.8 |
| 382 | | Lease Purchase and Operating Agreement between ODOT and Oklahoma Kansas and Texas Railroad Company, dated October 1982, and attachments and exhibits thereto |
| 383 | | OKT Railroad Company Maintenance Plan, 1983-1987 |
| 384 | | Contract for Sale of Railroad Lines, dated 08/26/82, between Chicago, Rock Island, and Pacific Railroad Company and OK DOT |
| 385 | | Steel Bridge Inspection Reports from 1982 to 1987 |
| 386 | | Timber Bridge Inspection Reports from 1982 to 1987 |
| 387 | | Photographs taken 08/19/07 of track at mileposts 377.90, 377.85 and 377.50 |
| 388 | | Documents related to 1994 Timber Deck Replacement Program for bridge 377.8 |
| 389 | | Memo dated 07/10/90 from J. R. Beran and attached drawings for proposed changes to profile and elevation of bridge 377.8 |
| 390 | | All documents attached or referred to in Plaintiffs' experts' reports, including, but not limited to, the following: |
| 391 | | 2007 flood water and finished floor elevations |
| 392 | | Bridge and culvert inspection records from December 30, 2001, to present |
| 393 | | Documents relating to the deck replacement for bridge 376.1 in Kingfisher County |
| 394 | | Numerous maps and drawings produced by Defendant indicating their railroad track, bridges and drainage structures in Kingfisher County |

| | | |
|---|---|---|
| 395 | | Track inspection reports which also encompass maintenance to the track from 1997 through 2007 |
| 396 | | Numerous blueprints and drawings produced by Defendant indicating its track and various structures located in Kingfisher County |
| 397 | | Defendant's bridge and culvert standards |
| 398 | | Replacement Structure Recommendation Form, survey, and photographs of tracks and various culverts in Kingfisher County, including culvert 378.75 |
| 399 | | Documents from the National Weather Service related to the flooding event on August 19, 2007 |
| 400 | | Flood Insurance Rate Map (FIRM) Number 40073C0435 C effective May 5, 2003 for Kingfisher County and incorporated areas |
| 401 | | Flood Insurance Rate Map (FIRM) Number 40073C0430 C effective May 5, 2003 for Kingfisher County and incorporated areas |
| 402 | | Flood Insurance Rate Map (FIRM) Number 40073C0315 C effective May 5, 2003 for Kingfisher County and incorporated areas |
| 403 | | Flood Insurance Rate Map (FIRM) Number 40073C0320 C effective May 5, 2003 for Kingfisher County and incorporated areas |
| 404 | | Elevation Survey/Flood Depth Data obtained by Porterfield Surveying, Inc., between September 2007 and February 2009 |
| 405 | | Hydrologic and Hydraulic analyses of portions of Cimarron River, Kingfisher Creek, Little Turkey Creek, Turkey Creek, Turkey Creek Split Flow, Uncle John's Creek and Wildwood Creek conducted by the U. S. Army Corps of Engineers (USACE), Tulsa District, for FEMA under Interagency Agreement No. EMW-96-IA-0294, Project Order No. 12. This study was completed in May 1997. |
| 406 | | Hydraulic Model computer files for Kingfisher Creek and Uncle John's Creek received from FEMA |
| 407 | | Historic Flood Stage Records for Kingfisher Creek and Uncle John's Creek received from the National Weather Service, NOAA and the USGS |
| 408 | | Final Flood Elevation Determinations outlined in the Federal Register dated January 13, 2003, Volume 68, No. 8, Page 1554 |
| 409 | | The following maps obtained from the U. S. Geological Survey;<br>    a. 7.5 Minute Topographic Map – Kingfisher, OK, Quadrangle – 1983 |

|  |  |  |
|---|---|---|
|  |  | b. 7.5 Minute Topographic Map – Dover, OK, Quadrangle – 1972<br>c. 7.5 Minute Topographic Map – Loyal SE, OK, Quadrangle – 1972<br>d. 7.5 Minute Topographic Map – Loyal, OK, Quadrangle – 1977 |
| 410 |  | Miscellaneous photographs from various sources to include photographs taken by Dr. Reely, and obtained from various websites, Plaintiffs' attorneys, and U. S. Department of Agriculture |
| 411 |  | Precipitation data for Kingfisher and surrounding areas from Oklahoma Climatological Survey, National Weather Service, and various news agency websites |
| 412 |  | Results of hydraulic modeling for Kingfisher Creek utilizing the HEC-RAS computer model software, Version 4.0. HEC-RAS software is developed and maintained by the U. S. Army Corps of Engineers (USACE). |
| 413 |  | Soil Survey of Kingfisher County prepared by the USDA Soil Conservation Service |
| 414 |  | Photographs of the UPRR Kingfisher Creek Bridge depicting flooded conditions, dated 04/10/08 |
| 415 | Reely 4.1 | Location map with bridge locations depicted |
| 416 | Reely 4.2 | Flood Depth Tables with Plaintiffs' business, residence, and property flood depth information specified |
| 417 | Reely 4.3 | Photographs of existing highway and railway bridges and culverts |
| 418 | Reely 4.4 | Aerial photographs depicting Kingfisher flooding of August 19-20, 2007 |
| 419 | Reely 4.5 | U. S. Highway 81 Bridge drawings |
| 420 | Reely 4.6 | Tabular results of HEC-RAS hydraulic model |
| 421 | Reely 4.7 | Plan depicting elevation survey data prepared by Porterfield Surveying, Inc., Enid, Oklahoma |
| 422 | Reely 4.8 | Miscellaneous figures illustrating the HEC-RAS modeling process |
| 423 | Reely 4.9 | Water Surface Profiles from the USACOE 1998 Hydrologic & Hydraulic Analysis |
| 424 | Reely 4.10 | Email from Michael Pierce w/NOAA to Michael Smith conveying Kingfisher Creek Flood State data for the April 10, 2008 flood event and the related photographs of the UPRR Kingfisher Creek Bridge depicting flooded conditions |
| 425 | Reely 4.11 | Monsoon HEC-RAS Cross-Section map |
| 426 |  | All documents entered as deposition exhibits by Plaintiffs or Defendant, including, but not limited to, |

|     |              | the following: |
| --- | --- | --- |
| 427 | DEPO EX. 203 | Organizational Charts of UP Management for Enid Subdivision |
| 428 | DEPO EX. 204 | Diagram of culverts and bridges in Kingfisher |
| 429 | DEPO EX. 205 | Engineering One Stop Data inspection reports for mp 373 to 379 from 1/1/05 to 9/1/07 |
| 430 | DEPO EX. 206 | Engineering One Stop Data inspection reports for mp 373 to 379 from 1/1/90 to 12/31/04 |
| 431 | DEPO EX. 207 | S R Find Closed Inspections by Subdivision and Milepost – Active Structures |
| 432 | DEPO EX. 208 | Culvert and bridge inspection reports for Enid Sub |
| 433 | DEPO EX. 209 | Culvert and bridge inspection reports for Enid Sub 373-379 |
| 434 | DEPO EX. 210 | 10/06/09 Memorandum re: Kingfisher Townhall meeting |
| 435 | DEPO EX. 211 | 06/21/90 handwritten memo re: raising bridge one foot |
| 436 | DEPO EX. 212 | Replacement Structure Recommendation Form from Olsson Associates |
| 437 | DEPO EX. 213 | Hydraulic Design Criteria |
| 438 | DEPO EX. 214 | Maintenance-of-Way Rules |
| 439 | DEPO EX. 215 | On-Track Inspection Requirements |
| 440 | DEPO EX. 216 | Special Inspections |
| 441 | DEPO EX. 217 | Engineering Structures Maintenance Field Manual |
| 442 | DEPO EX. 218 | 12/9/87 handwritten list of work to be done to various structures |
| 443 | DEPO EX. 219 | 03/22/84 Timber Bridge Inspection Report |
| 444 | DEPO EX. 220 | 12/31/86 Timber Bridge Inspection Report |
| 445 | DEPO EX. 221 | 12/10/87 Timber Bridge Inspection Report |
| 446 | DEPO EX. 222 | 06/29/95 memo for ODOT re: vehicle striking Hwy 33 bridge |
| 447 | DEPO EX. 223 | Printout re: work done by gangs in Enid Sub |
| 448 | DEPO EX. 224 | Memos and other documents related to deck replacement on bridge 376.1 |
| 449 | DEPO EX. 225 | Lease Purchase and Operating Agreement |
| 450 | DEPO EX. 226 | Culvert Replacement track profile prepared by Olsson Associates |
| 451 | DEPO EX. 227 | Memos and other documents related to deck replacement on bridge 377.8 |
| 452 | DEPO EX. 228 | National Weather Service data |
| 453 | DEPO EX. 229 | NOAA data |
| 454 | DEPO EX. 230 | Color photo of bridge over KF Creek |
| 455 | DEPO EX. 231 | 07/10/90 memo and design specs for raising bridge 377.8 one foot |
| 456 | DEPO EX. 232 | Grillage Miscellaneous Data Sheet |
| 457 | DEPO EX. 233 | More design data related to raising bridge 377.8 one |

| | | foot |
|---|---|---|
| 458 | DEPO EX. 234 | Grillage Weight Summary |
| 459 | DEPO EX. 235 | More design data related to raising bridge 377.8 one foot |
| 460 | DEPO EX. 236 | More design data related to raising bridge 377.8 one foot |
| 461 | DEPO EX. 237 | Design drawings for bridge 376.1 |
| 462 | DEPO EX. 238 | Third Supplemental Answer of Union Pacific to Plaintiffs' Interrogatories, Request for Production and Request for Admissions |
| 463 | DEPO EX. 239 | Bridge Photos |
| 464 | DEPO EX. 240 | 30 (B) 6 Notice |
| 465 | DEPO EX. 241 | Deposition Designation |
| 466 | DEPO EX. 242 | Excerpts Federal Railroad Administration Track Safety Standards |
| 467 | DEPO EX. 243 | UP - Photos |
| 468 | DEPO EX. 244 | 4/10/2008 NWS Water Stage Report For Kingfisher Creek |
| 469 | DEPO EX. 245 | UP Invoices for August '07 repairs & Bridge Drawings |
| 470 | DEPO EX. 246 | UP Engineering Maintenance Track Field Handbook |
| 471 | DEPO EX. 247 | Bridge file prepared by W. Lee Hammond for 1 ft raise 6/21/1990 |
| 472 | DEPO EX. 248 | DRWG 106373 to Implement 6/21/1990 Tie Program |
| 473 | DEPO EX. 249 | UP Photos 8/19/2007 |
| 474 | DEPO EX. 250 | File for Charles Felkins |
| 475 | DEPO EX. 251 | Culvert Replacement Location Survey dated 3-17-08; 5 pages |
| 476 | DEPO EX. 252 | Email from L Eakens to B Gungoll dated 04-01-09 re: attached photos obtained from Charlie Felkins; photos attached |
| 477 | DEPO EX. 253 | Photos of 2004 derailment in Kingfisher County |
| 478 | UP389-453 | Documents related to bridge 377.8 deck replacement and Bridge Tie Renewal program |
| 479 | UP462-497 | Bridge Inspection Reports |
| 480 | UP498 | Drawing regarding Bearing Blocks for Job No. F28006 |
| 481 | UP505 – UP748 | Printout indicating Gang No., date, employee, and other data regarding work performed on Defendant's track and structure in Kingfisher County |
| 482 | | Aerial photos of flooding in Kingfisher County |
| 483 | | Aerial photos of flooding in the city of Kingfisher, Oklahoma |
| 484 | | |
| 485 | | Survey Elevation Map (Porterfield Surveying, Inc.) |
| 486 | | Topographic Contour Map w/Plaintiff locations |

| | | |
|---|---|---|
| | | marked |
| 487 | | USACOE Study (w/77,900 CFS level marked) |
| 488 | | Photographs of UP Structure 377.80 (28 photos) |
| 489 | | Photographs of UP Structure 376.78 (2 photos) |
| 490 | | Photographs of UP Structure 376.61 (2 photos) |
| 491 | | Photographs of UP Structure 376.53 (4 photos) |
| 492 | | Photographs of UP Structure 376.14 (2 photos) |
| 493 | | Photographs of UP Structure 375.80 (8 photos) |
| 494 | | Aerial Photograph w/Plantiff's Property Locations |
| 495 | | Aerial Photograph w/6 UP structures |
| 496 | | Aerial Photograph w/6 UP structures & FEMA 100 Yr. Flood Zone |
| 497 | | ODOT drawings of Hwy 81 bridge as built (4 pages) |
| 498 | | Map of all counties in Oklahoma |
| 499 | | Kingfisher Creek Watershed map |
| 500 | | 24 Hr. Rainfall Total for 8-19-07 (National Weather Service) |
| 501 | | Rainfall Totals in Kingfisher Creek Watershed for 8-19-07 |
| 502 | | FEMA FIS Hydraulic Model Results (Kingfisher Cr. US of RR/Kingfisher Creek DS of RR/Uncle John's Creek US of KR CR) |
| 503 | | Calibration - Monsoon v. FEMA - Kinfisher Creek HEC-RAS Model Results - 100 yr Flow |
| 504 | | HEC-RAS Textbook Exhibits (11 pages) |
| 505 | | Union Pacific Railroad Company Financial Data (2006-2008) |
| 506 | | Summary of Loss Chart (completely blank) |
| 507 | | Summary of Loss Chart (3 columns filled in) |
| 508 | | Plaintiff slides w/ photo of property, if applicable, and damage calculations |
| 509 | | Plaintiff slides indicating surveyed and estimated water elevations |

NOTE: On 03/25/09 Defendant delivered a large box of documents to Plaintiffs' counsel that was said to be a complete set of all of Defendant's document production to date that had been Bates numbered in sequential order. Plaintiff has not had the opportunity to review that voluminous set of documents and reserves the right to use any or all of the documents pending their review. As of 04/01/09, Defendant was continuing to produce documents said to be responsive to Plaintiffs' discovery requests. Plaintiff has not had the opportunity to review these latest productions and reserves the right to use any or all of the documents pending their review.

Respectfully submitted,


__s/Bradley A. Gungoll_____

Bradley A. Gungoll,   OBA#3660
Gungoll, Jackson, Collins, Box, & Devoll, P.C.
323 W. Broadway
Enid, Oklahoma 73702
(580) 234-0436 phone
(580) 233-1284 fax
Email Address for Service:
gungoll@gungolljackson.com

Julia C. Rieman, OBA#15337
Gungoll, Jackson, Collins, Box, & Devoll, P.C.
323 W. Broadway
Enid, Oklahoma 73702
(580) 234-0436 phone
(580) 233-1284 fax
Email Address for Service:
rieman@gungolljackson.com

Michael E. Smith, OBA No. 8391
Gungoll, Jackson, Collins, Box, & Devoll, P.C.
3030 Chase Tower
100 North Broadway
Oklahoma City, OK 73102
(405) 272-4710 phone
(405) 272-5141 fax
Email Address for Service:
msmith@gungolljackson.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF DELIVERY**

I hereby certify that on the 2nd day of April, 2009, a true and correct copy of the foregoing document was sent to the following parties via facsimile, email, and/or postage-prepaid First Class mail:

Robert D. Hart
Christopher D. Wolek
Laura Eakens
Gibbs Armstrong Borochoff Millican & Hart, P.C.
601 South Boulder Avenue, Suite 500
Tulsa, Oklahoma
(918) 587-3939 - Phone
(918) 582-5504 – Fax

Henry A. Meyer, III
Meyer, Cave & Leonard, PLLC
116 E. Sheridan, Suite 207
Oklahoma City, OK 73104
(405) 702-9900 - Phone
(405) 605-8381 - Fax

   s/Bradley A. Gungoll