IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MICHAEL BLAIR and DENISE BLAIR, et al. )
                                                                 )
                    Plaintiffs, )
vs.                                                   ) CASE: 5:08-cv-00360-M
                                                       )
UNION PACIFIC RAILROAD COMPANY, )
a Delaware corporation, )
                                                       )
                    Defendant. )

**PLAINTIFFS' WITNESS LIST**

| NAME | ADDRESS | EXPECTED TESTIMONY |
|---|---|---|
| Michael Blair | c/o Plaintiffs' counsel | The inundation of plaintiffs' property by floodwater on or about August 19, 2007; the damages to plaintiffs' real and personal property; the physical, personal, emotional, and economic damages sustained by plaintiffs'; the value of plaintiffs' property as detailed on reports prepared by plaintiffs' experts. |
| Denise Blair | c/o Plaintiffs' counsel | Same as above |
| Gary Bengs | c/o Plaintiffs' counsel | Same as above |
| Kelly Bengs | c/o Plaintiffs' counsel | Same as above |
| Barry Bollenbach | c/o Plaintiffs' counsel | Same as above |
| Joyce Bollenbach | c/o Plaintiffs' counsel | Same as above |
| Shirlene Boutwell | c/o Plaintiffs' counsel | Same as above |
| Randy Boeckman | c/o Plaintiffs' counsel | Same as above |
| Brent Henderson | c/o Plaintiffs' counsel | Same as above |
| Randy Briscoe | c/o Plaintiffs' counsel | Same as above |
| Jesus Camarena | c/o Plaintiffs' counsel | Same as above |
| Danny Cantrell | c/o Plaintiffs' counsel | Same as above |
| Debra Cantrell | c/o Plaintiffs' counsel | Same as above |
| George Christian | c/o Plaintiffs' counsel | Same as above |
| LaWanna Christian | c/o Plaintiffs' counsel | Same as above |
| Kevin Kale | c/o Plaintiffs' counsel | Same as above |
| Richard Cofer | c/o Plaintiffs' counsel | Same as above |
| Earlene Cofer | c/o Plaintiffs' counsel | Same as above |
| William Cope | c/o Plaintiffs' counsel | Same as above |
| Kathy Cope | c/o Plaintiffs' counsel | Same as above |
| Frances Thiems | c/o Plaintiffs' counsel | Same as above |
| Carol Shilling | c/o Plaintiffs' counsel | Same as above |
| Alfredo Delgadillo | c/o Plaintiffs' counsel | Same as above |

| | | |
|---|---|---|
| Jan Denny | c/o Plaintiffs' counsel | Same as above |
| Ricky Jacobs | c/o Plaintiffs' counsel | Same as above |
| Rena Frair | c/o Plaintiffs' counsel | Same as above |
| Carol Franklin | c/o Plaintiffs' counsel | Same as above |
| Charles Free | c/o Plaintiffs' counsel | Same as above |
| Gracie Free | c/o Plaintiffs' counsel | Same as above |
| Kane Free | c/o Plaintiffs' counsel | Same as above |
| Margarita Free | c/o Plaintiffs' counsel | Same as above |
| Ricky Garner | c/o Plaintiffs' counsel | Same as above |
| Anna Garner | c/o Plaintiffs' counsel | Same as above |
| Don George | c/o Plaintiffs' counsel | Same as above |
| Wilma George | c/o Plaintiffs' counsel | Same as above |
| Wendell Prim | c/o Plaintiffs' counsel | Same as above |
| John Gooden | c/o Plaintiffs' counsel | Same as above |
| Gerald Harper | c/o Plaintiffs' counsel | Same as above |
| Barbara Harper | c/o Plaintiffs' counsel | Same as above |
| Danny Henry | c/o Plaintiffs' counsel | Same as above |
| Marla Henry | c/o Plaintiffs' counsel | Same as above |
| Gail Hill | c/o Plaintiffs' counsel | Same as above |
| Matthew Huckins | c/o Plaintiffs' counsel | Same as above |
| Gerald Jobe | c/o Plaintiffs' counsel | Same as above |
| Larry Adams | c/o Plaintiffs' counsel | Same as above |
| Tonya Raymond | c/o Plaintiffs' counsel | Same as above |
| Lawrence Kraus | c/o Plaintiffs' counsel | Same as above |
| Linda Kraus | c/o Plaintiffs' counsel | Same as above |
| Claude Lann | c/o Plaintiffs' counsel | Same as above |
| Ray Lindsey | c/o Plaintiffs' counsel | Same as above |
| Robert Lindsey | c/o Plaintiffs' counsel | Same as above |
| Mary Lindsey | c/o Plaintiffs' counsel | Same as above |
| Steve Markus | c/o Plaintiffs' counsel | Same as above |
| Vida Markus | c/o Plaintiffs' counsel | Same as above |
| Donna Moreno | c/o Plaintiffs' counsel | Same as above |
| Chuck Palmer | c/o Plaintiffs' counsel | Same as above |
| Jose Munoz | c/o Plaintiffs' counsel | Same as above |
| Donald Murray | c/o Plaintiffs' counsel | Same as above |
| Jack Musick | c/o Plaintiffs' counsel | Same as above |
| Charles Norbury | c/o Plaintiffs' counsel | Same as above |
| Marla Ogilvie | c/o Plaintiffs' counsel | Same as above |
| Carmen Ortega | c/o Plaintiffs' counsel | Same as above |
| Bernard Padilla | c/o Plaintiffs' counsel | Same as above |
| Genaro Padilla | c/o Plaintiffs' counsel | Same as above |
| Servando Padilla | c/o Plaintiffs' counsel | Same as above |
| Chris Palmer | c/o Plaintiffs' counsel | Same as above |
| Elnora Yarbrough | c/o Plaintiffs' counsel | Same as above |
| Michelle Clayton | c/o Plaintiffs' counsel | Same as above |

| | | |
|---|---|---|
| Jimmy Pirtle | c/o Plaintiffs' counsel | Same as above |
| Connie Pirtle | c/o Plaintiffs' counsel | Same as above |
| Jerry Pittman | c/o Plaintiffs' counsel | Same as above |
| Theresa Pittman | c/o Plaintiffs' counsel | Same as above |
| Jack Pogue | c/o Plaintiffs' counsel | Same as above |
| Beverly Pogue | c/o Plaintiffs' counsel | Same as above |
| Daniel Baustert | c/o Plaintiffs' counsel | Same as above |
| Shelley Blair | c/o Plaintiffs' counsel | Same as above |
| Joyce Stuteville | c/o Plaintiffs' counsel | Same as above |
| Richard Reynolds | c/o Plaintiffs' counsel | Same as above |
| Boyd Ransom | c/o Plaintiffs' counsel | Same as above |
| Johnnie Ruhl | c/o Plaintiffs' counsel | Same as above |
| Jerry Standefur | c/o Plaintiffs' counsel | Same as above |
| Thomas Standefur | c/o Plaintiffs' counsel | Same as above |
| Deborah Sanders | c/o Plaintiffs' counsel | Same as above |
| Jack Stuteville | c/o Plaintiffs' counsel | Same as above |
| Walter Vickman | c/o Plaintiffs' counsel | Same as above |
| Bonita Vickman | c/o Plaintiffs' counsel | Same as above |
| Debra Waeger | c/o Plaintiffs' counsel | Same as above |
| Terry Wallace | c/o Plaintiffs' counsel | Same as above |
| Brian Walter | c/o Plaintiffs' counsel | Same as above |
| Larry Wilson | c/o Plaintiffs' counsel | Same as above |
| Kennetha Wilson | c/o Plaintiffs' counsel | Same as above |
| Blaine T. Reely, PhD, PE | Monsoon Consultants P O Box 3167 Enid OK 73702 | Flooding in Kingfisher County and the effect of Defendant's bridges, culverts, embankment and track on flooding in Kingfisher County |
| William M. Clark, PhD | 1830 Coventry Lane Oklahoma City, OK 73120 | Information regarding the financial condition of Defendant and opinions concerning potential punitive damages |
| Gary Miles | Casualty Consultants Gary Miles, P.A. #8 Fawn Lane Ponca City, OK 74604 | Plaintiffs' personal property damaged or lost due to the 2007 flood and the cost to repair or replace the property; methodologies used to determine replacement and/or repair of personal property. |
| Preston Lay | Brendle & Company 7110 E. Alameda Norman, OK 73070 | Plaintiffs' real property damaged in the 2007 flood and the cost to repair the property; methodologies used to calculate construction estimates and costs |
| Mike Miller | Miller Appraisal Services, LLC 541 Skyridge Trail Noble, OK 73068 | The value of plaintiffs' real property at the time of the flood; methodologies used to determine property values and prepare property appraisals |
| Finley Porterfield | Porterfield Surveying 1104 W. Poplar Ave. Enid, OK 73703 | Surveys conducted in Kingfisher County, Oklahoma between September 2007 and February 2009; survey techniques and methodology |
| Tim Jones | 114 N. 8th | Water levels of Kingfisher Creek at bridge 377.8 on |

| | Kingfisher, OK | 04/10/08 |
|---|---|---|
| Randy Poindexter | City of Kingfisher<br>301 N. Main<br>Kingfisher OK 73750 | Conditions in Kingfisher and Kingfisher County during and after the 2007 flood; search and rescue efforts; affects on residents and property. |
| Richard Reynolds | Same as above | City of Kingfisher's contacts with Defendant regarding Defendant's real property in the city of Kingfisher; efforts taken by the city to clean bridges, drainage structures and culverts after the 2007 flood |
| Steve Loftis | Same as above | 2007 flood and its effect on the city of Kingfisher and its residents; emergency efforts taken by the city and county |
| Vince Hernandez | Executive Director<br>American Red Cross<br>601 NE 6th St<br>Oklahoma City OK 73104 | Role of the American Red Cross in responding to disasters; staffing for the 2007 Kingfisher flood |
| John Starr | American Red Cross<br>601 NE 6th St<br>Oklahoma City OK 73104 | Conditions in Kingfisher following the 2007 flood; numbers and condition of residents applying for aid; services provided by Red Cross |
| Kathleen Hawkins | 301 Vinnedge<br>Blackwell OK | Work done by the American Red Cross during floods; affects of floods on residents and their property; dangers associated with floods |
| Danny Francis | Francis Enterprises<br>Rt 2 Box 83<br>Kingfisher OK 73750 | Condition of Kingfisher Creek in the area of Bridge 377.8 following the 2007 flood; condition of UP drains and culverts in Kingfisher OK following the flood; work performed by Francis Enterprises for City of Kingfisher following the 2007 flood. |
| Chris Vokt | Olsson Associates<br>Omaha, Nebraska | Replacement Structure Recommendation Form dated 4/11/08 re: Culvert 378.75, and all studies, reports and other work associated with or referenced therein; knowledge of UPRR's 50 and 100 year standard hydraulic criteria |
| Joe Lileikis | 9103 Balcones Club<br>Austin, TX 78750 | 10/04/89 Town Hall meeting in Kingfisher and topics discussed in meeting; 10/06/89 memorandum re: meeting; actions taken by UP re: conditions discussed in meeting; UP policies and procedures. |
| Unidentified UP employees, past and present | Unknown at this time | Because the depositions of UP employees have not been completed, the exact testimony of UP employees is not known at this time. It is expected that the following employees, and other employees yet to be identified, will testify regarding UP policies and procedures on the design, construction, inspection, and maintenance of bridges, culverts, and tracks; maintenance-of-way rules; environmental policies; company, industry, and federal railway standards and regulations; design, construction, and maintenance of structures in Kingfisher County. |

| David Adams | UP | Formerly Manager Bridge Maintenance and Director Bridge Maintenance – retired (named in culvert replacement form) |
|---|---|---|
| Mike Bruckner | UP | Senior Manager Structural Design (named in culvert replacement form) |
| Dave Griffin | UP | General Director of Maintenance & Way – Track Program |
| Tom Romero | UP | Manager Track Maintenance |
| Dale Kreifels | UP | Director Track Maintenance |
| Gary Rethman | UP | Formerly Manager Track Projects; currently Director Track Projects |
| Bennie Joe Tull | UP | Bridge Supervisor |
| Clay McManaman | UP | Manager Track Maintenance |
| Matt Hubbard | UP | Maintenance of Way Inspector |
| Tim Finnigan | UP | Maintenance of Way Inspector |
| Gary Gott | UP | Senior Claims Manager |
| Dan Miller | UP | Formerly Director Track Maintenance; currently Manager of Special Projects Industry and Public Projects |
| Dale Pecaut | UP | Director Track Maintenance – retired |
| P. E. Jacquinot | UP | Maintenance Engineer Track – retired |
| Mike Patchett | UP | Formerly Manager Bridge Maintenance; currently Manager Bridge Construction |
| John Horney | UP | Formerly Bridge Engineer, Construction Engineer Bridges – retired |
| Jerry Butler | UP | Formerly Director Bridge Maintenance; currently Director Bridge Construction |
| Tomasz Gawronski | UP | Director Bridge Maintenance |
| Eric Epps | UP | Manager Bridge Maintenance |
| J. R. Beran | UP | Chief Engineer Design – retired |
| Gene Groves | UP | Formerly Engineer Structures, Construction Engineer Structures, and Maintenance Engineer Structures – retired |
| Donald Steele | UP | Formerly Manager Structures, Manager Project Design, and Manager Bridge Construction – retired |
| Brennan Bannion | UP | Chief Engineer |
| Jerry Rugg | UP | Chief Engineer – retired |
| Ronnie Taylor | UP | Section Foreman |
| William L. Hammond | UP | Formerly Senior Structure Designer; currently Manager of Environmental Field Operations. |
| Darrell Deterding | UP | Director of Structural Design – retired |
| Charles Felkins | UP | Engineering and Project Manager |

Respectfully submitted,

  s/Bradley A. Gungoll
Bradley A. Gungoll,   OBA#3660
Gungoll, Jackson, Collins, Box, & Devoll, P.C.
323 W. Broadway
Enid, Oklahoma 73702
(580) 234-0436 phone
(580) 233-1284 fax
Email Address for Service:
gungoll@gungolljackson.com

Julia C. Rieman, OBA#15337
Gungoll, Jackson, Collins, Box, & Devoll, P.C.
323 W. Broadway
Enid, Oklahoma 73702
(580) 234-0436 phone
(580) 233-1284 fax
Email Address for Service:
rieman@gungolljackson.com

Michael E. Smith, OBA No. 8391
Gungoll, Jackson, Collins, Box, & Devoll, P.C.
3030 Chase Tower
100 North Broadway
Oklahoma City, OK 73102
(405) 272-4710 phone
(405) 272-5141 fax
Email Address for Service:
msmith@gungolljackson.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF DELIVERY**

I hereby certify that on the 2nd day of April, 2009, a true and correct copy of the foregoing document was sent to the following parties via facsimile, email, and/or postage-prepaid First Class mail:


Robert D. Hart
Christopher D. Wolek
Laura Eakens
Gibbs Armstrong Borochoff Millican & Hart, P.C.
601 South Boulder Avenue, Suite 500
Tulsa, Oklahoma
(918) 587-3939 - Phone
(918) 582-5504 – Fax

Henry A. Meyer, III
Meyer, Cave & Leonard, PLLC
116 E. Sheridan, Suite 207
Oklahoma City, OK 73104
(405) 702-9900 - Phone
(405) 605-8381 - Fax


   s/Bradley A. Gungoll