IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL BLAIR and DENISE BLAIR; et al., Plaintiffs, vs. UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, Defendant. | ) ) ) ) ) ) CASE NO. CIV-08-360-M ) ) ) ) ) |

## PLAINTIFF'S FINAL LIST OF EXPERT WITNESSES IN CHIEF AND EXPERT REPORTS

Come now the Plaintiffs, and hereby submit the Expert Reports of Plaintiff's Experts in Chief, as set forth below:

1.) Gary Miles, Casualty Consultants, Inc.;

2.) William M. Clark, Ph.D;

3.) Michael D. Miller, Miller Appraisal Services;

4.) Preston Lay, Brendle and Company;

5.) Blaine T. Reely, Ph.D, Monsoon Associates.

Respectfully submitted,

   s/Bradley A. Gungoll
Bradley A. Gungoll OBA# 3660
GUNGOLL, JACKSON, COLLINS,
BOX & DEVOLL, P.C.
323 W Broadway
Enid, OK 73702
580-234-0436
580-233-1284 fax
gungoll@gungolljackson.com
***Attorney for Plaintiffs***

# CERTIFICATE OF DELIVERY

I hereby certify that on the 2nd day of April, 2009, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Robert D. Hart
Christopher D. Wolek
Laura Eakens
Tom L. Armstrong
George Mullican
GIBBS ARMSTRONG BOROCHOFF MULLICAN & HART, P.C.
601 S Boulder Avenue, Suite 500
Tulsa, OK 74119
918-587-3939
918-582-5504 fax
rhart@tulsacounsel.com
*Attorneys for Defendant*

Henry A. Meyer, III
Meyer & Leonard, PLLC
116 East Sheridan, Suite 207
Oklahoma City, OK 73104
hameyer@mac.com
*Attorney for Defendant*                s/Bradley A. Gungoll