# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| **MICHAEL BLAIR and DENISE BLAIR, et al.,** | ) ) ) | | |
| **Plaintiffs,** | ) ) | | |
| **vs.** | ) ) | **Case No. CIV-08-360-M** | |
| **UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation,** | ) ) ) | | |
| **Defendant.** | ) ) | | |

## DEFENDANT'S WITNESS LIST

| No. | Name | Address | Proposed Testimony |
|---|---|---|---|
| 1. | Dale Kreifels Union Pacific Railroad | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 2. | Eric Epps<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 3. | Gary Gott<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 4. | Lee Hammond<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 5. | Tom Romero<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 6. | Charlie Felkins<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 7. | Matt Hubbard<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 8. | Dave Griffin<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 9. | Jerry Butler<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 10. | Joe Tull<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 11. | Tim Finnigan<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 12. | Clay McManaman<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 13. | Chris Vokt<br>Olsson & Associates | 2111 South 67th Street,<br>Suite 200<br>Omaha, NE 68106 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| 14. | Gary Rethman<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| --- | --- | --- | --- |
| 15. | Mike Bruckner<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 16. | Dave Adams<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 17. | Mark McCune<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 18. | Keith McClure<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 19. | Darrel Deterding | HC 82 Box 11<br>Springview, NE 68788 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| 20. | Patrick Prososki | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
|---|---|---|---|
| 21. | Mark Reimers | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Environmental issues; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 22. | Joe Lileikis | Austin, TX | 1989 Memo; Knowledge regarding Kingfisher area and floods |
| 23. | Dale Pecaut | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 24. | P.E. (Bud) Jacquinot, Maintenance Engineer Track, 1988-1991; Chief Engineer 1991-1993; | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| 25. | Dan Miller, Director Track Maintenance, 2004-2006 | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
|-----|-----|-----|-----|
| 26. | Mike Patchett, Manager Bridge Maintenance, 1987-1994 | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| 27. | Tomasz Gawronski, Director Bridge Maintenance, 2008-Present | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |
| 28. | Ronnie Taylor, section Foreman | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher; Deposition previously taken or scheduled |

| | | | |
|---|---|---|---|
| 29. | Mike Combs | Rt. 2 Box 102 B<br>Kingfisher, OK 73750 | Flooding in Kingfisher |
| 30. | Gary Bengs | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 31. | Kelly Bengs | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 32. | Michael Blair | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 33. | Denise Blair | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 34. | Barry Bollenbach | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 35. | Joyce Bollenbach | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 36. | Shirlene Boutwell | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 37. | Bricks Corner Store, Inc. c/o Randy Gene Boeckman | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 38. | Randy Briscoe | c/o Gungoll, Jackson, Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 39. | Jesus Camarena | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 40. | Debra Cantrell d/b/a The Boat Shop | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 41. | Christian Cheese Store, L.L.C. c/o George Edward Christian | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 42. | Clearwater Cleaning Service, L.L.C. c/o Kevin Herbert Kale | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 43. | Richard Cofer | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 44. | Earlene Cofer | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 45. | William Cope | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 46. | Kathy Cope | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 47. | CRB Resources, Inc. c/o Coats R. Briscoe Jr. | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| 48. | D & M Resources, Inc.<br>c/o Carol Don Shilling | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
|---|---|---|---|
| 49. | Alfredo Delgaldillo | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 50. | Janice Denny | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 51. | Janice Denny<br>d/b/a Crazy Critters | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 52. | First Baptist Church,<br>Unincorporated<br>c/o Larry Wilson | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 53. | Rena Frair | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 54. | Carol Franklin<br>d/b/a Daylight Donuts | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 55. | Charles Free | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 56. | Gracie Free | c/o Gungoll, Jackson,<br>Collins, Box & Devoll<br>323 West Broadway<br>Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 57. | Kane Free | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 58. | Margarita Free | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 59. | Rickey Garner | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 60. | Anna Garner | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 61. | Rickey Garner and Anna Garner d/b/a Garner's Welding | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 62. | Don George d/b/a Roy & Son's Salvage & Muffler Shop | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 63. | Wilma George | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 64. | God's Covenant Church c/o Wendell Prim | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 65. | Gooden Holdings, Inc. c/o John K. Gooden | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 66. | Gerald Harper | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 67. | Barbara Harper | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 68. | Henry's Contracting, L.L.C. c/o Danny Dewayne Henry | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 69. | Gail Hill d/b/a JB Liquor | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 70. | Matthew Huckins | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 71. | Gerald H. Jobe | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 72. | Kingfisher Kookers, Inc. c/o Larry Shane Adams | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 73. | Lawrence Kraus | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 74. | Linda Kraus | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 75. | Lawrence Kraus and Linda Kraus d/b/a Linda's Collectiques | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 76. | Claude Lann d/b/a Lann Welding Services | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 77. | Ray Lindsey d/b/a Lindsey Cattle Company | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 78. | Robert Lindsey (Deceased) | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 79. | Mary Lindsey | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 80. | Robert Lindsey and Mary Lindsey d/b/a Lindsey Farms | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 81. | Steve Markus d/b/a Steve's Repair Shop | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 82. | Vida Markus d/b/a Markus Garden Center | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 83. | Donna Moreno d/b/a Highway 81 Used Cars | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 84. | Jose Munoz | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 85. | Donald Murray | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 86. | Jack Musick d/b/a Musick Equipment | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 87. | Charles Norbury | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 88. | Charles Norbury d/b/a Chuck's Recycling | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 89. | Marla Ogilvie | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 90. | Carmen Ortega | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 91. | Genaro Padilla | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 92. | Bernard Padilla d/b/a Rusty Ball Service | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 93. | Servando Padilla | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 94. | Palmer Real Estate, L.L.C. c/o Christopher R. Palmer | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 95. | Pilgrim Rest Baptist Church, Unincorporated c/o Elnora Yarbrough | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 96. | Jimmy Pirtle | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 97. | Connie Pirtle | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 98. | Jimmy Pirtle and Connie Pirtle d/b/a 33 Welding | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 99. | Jerry Pittman | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 100. | Theresa Pittman | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 101. | Jack Pogue | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 102. | Beverly Pogue | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 103. | Quality Truck And Equipment Repair, L.L.C. c/o Daniel Joseph Baustert | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 104. | R&S Real Estate LLC c/o Shelley Dawn Blair | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 105. | Boyd Ransom | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 106. | Johnnie Ruhl | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 107. | Jerry Sandefur d/b/a Kingfisher Body & Glass | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 108. | Deborah Sanders d/b/a Sports Bar | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 109. | Jack Stuteville | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 110. | Walter Vickman | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |

| | | | |
|---|---|---|---|
| 111. | Bonita Vickman | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 112. | Debra Waeger d/b/a The Queens Cottage | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 113. | Terry Wallace d/b/a Kingfisher Computers | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 114. | Walter Plumbing & Building Center c/o Robert Brian Walter | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 115. | Larry Wilson | c/o Gungoll, Jackson, Collins, Box & Devoll 323 West Broadway Enid, Oklahoma 73702 | As a named Plaintiff, this witness is expected to testify regarding all aspects of the case. |
| 116. | Felix Ontiveros TRC Disaster Solutions | 712 S. Wheeling Tulsa, OK 74104 | This witness will testify regarding the damages alleged to have occurred to plaintiffs' real property during the flood event of August 19, 2007 and will critique the methodology used and conclusions reached by Plaintiffs' experts |
| 117. | Ralph Thomas TRC Disaster Solutions | 712 S. Wheeling Tulsa, OK 74104 | This witness will testify regarding the damages alleged to have occurred to plaintiffs' real property during the flood event of August 19, 2007 and will critique the methodology used and conclusions reached by Plaintiffs' experts |

| | | | |
|---|---|---|---|
| 118. | Frank Fine<br>TRC Disaster Solutions | 712 S. Wheeling<br>Tulsa, OK 74104 | This witness will testify regarding the damages alleged to have occurred to plaintiffs' real property during the flood event of August 19, 2007 and will critique the methodology used and conclusions reached by Plaintiffs' experts |
| 119. | Lyn Livingston<br>Livingston's Auction &<br>Estate Services Inc. | 4229 Royal Avenue,<br>Suite 103<br>Oklahoma City, OK 73108 | This witness will testify regarding the damages alleged to have occurred to plaintiffs' personal property during the flood event of August 19, 2007 and will critique the methodology used and conclusions reached by Plaintiffs' experts |
| 120. | Rob Stallings<br>Envirotech | 2500 North Eleventh Street<br>Enid, OK 73701 | Expert testimony regarding the hydrological aspects of Kingfisher Flood |
| 121. | Jimmy Stallings<br>Envirotech | 2500 North Eleventh Street<br>Enid, OK 73701 | Expert testimony regarding the hydrological aspects of Kingfisher Flood |
| 122. | Joseph Voss<br>Envirotech | 2500 North Eleventh Street<br>Enid, OK 73701 | Expert testimony regarding the hydrological aspects of Kingfisher Flood |
| 123. | Ross Dixon<br>Certified Consulting<br>Meteorologist | 1738 N. Roff Avenue<br>Oklahoma City, OK 73107 | This witness will render expert testimony on the meteorological aspects of Kingfisher flood |
| 124. | OHP Pilot Brian Sturgill | c/o Okla. Highway Patrol | Flooding in Kingfisher |
| 125. | OHP Trooper Joe<br>Howard | c/o Okla. Highway Patrol | Flooding in Kingfisher |
| 126. | Bernice Krittenbrink | S. Oak Street<br>Kingfisher, OK 73750 | Flooding in Kingfisher |

| | | | |
|---|---|---|---|
| 127. | Leroy Krittenbrink | S. Oak Street<br>Kingfisher, OK 73750 | Flooding in Kingfisher |
| 128. | Steve Loftis, Director<br>Kingfisher Emergency<br>Management | P.O. Box 525<br>Kingfisher, OK  73750 | This witness will testify as to<br>the authenticity of records |
| 129. | Rusty Sanders | 124 E Broadway Ave,<br>Kingfisher, OK 73750 | Amount of rain in August<br>2007 rain event |
| 130. | Custodian of records for<br>Cotton County<br>Emergency Management | 301 North Broadway<br>Walters, OK 73572 | This witness will testify as to<br>the authenticity of records |
| 131. | Custodian of records for<br>Federal Emergency<br>Management Agency | FRC 800 North Loop 288<br>Denton, Texas  76209-3698 | Will testify as to the<br>authenticity of records |
| 132. | Custodian of records for<br>Corp of Engineers | | This witness will testify as to<br>the authenticity of records |
| 133. | Custodian of records for<br>Kingfisher Flood Control<br>Committee | 1001 Teal Ridge Lane<br>Kingfisher, OK  73750 | This witness will testify as to<br>the authenticity of records |
| 134. | Bill Tucker, Clerk<br>City of Kingfisher | Kingfisher, OK | This witness will testify as to<br>the authenticity of records |
| 135. | Custodian of records for<br>NRCS-USDA | Office of Communications<br>Room 536A<br>1400 Independence Ave. SW<br>Washington, DC  20250-<br>1300 | This witness will testify as to<br>the authenticity of records |
| 136. | Custodian of records for<br>ODOT | | This witness will testify as to<br>the authenticity of records |
| 137. | Custodian of records for<br>Oklahoma Conservation<br>Commission | 2800 North Lincoln Blvd.,<br>Suite 160<br>Oklahoma City, OK  73105 | This witness will testify as to<br>the authenticity of records |
| 138. | Ken Morris, CFM<br>Oklahoma Water<br>Resource Board | 3800 North Classen<br>Oklahoma City, OK  73118 | This witness will testify as to<br>the authenticity of records |

| | | | |
|---|---|---|---|
| 139. | Custodian of records for Kingfisher Field Service Center | 1600 South 13th Kingfisher, OK 73750 | This witness will testify as to the authenticity of records |
| 140. | Custodian of records for United States Geological Survey | 202 NW 66th Oklahoma City, OK 73116 | This witness will testify as to the authenticity of records |
| 141. | Custodian of records for Logan County Emergency Management | 312 East Harrison Guthrie, OK 73044 | This witness will testify as to the authenticity of records |
| 142. | Custodian of records for Caddo County Emergency Management | P.O. Box 1427 Anadarko, OK 73005 | This witness will testify as to the authenticity of records |
| 143. | Custodian of records for Canadian County Emergency Management | 201 North Choctaw El Reno, OK 73036 | This witness will testify as to the authenticity of records |
| 144. | Clint L. Wagstaff, Comanche County Emergency Management | 317 Southwest 5th, Room 107 Lawton, OK 73501 | This witness will testify as to the authenticity of records |
| 145. | Custodian of records for Kiowa County Emergency Management | 203 East 3rd Hobart, OK 73651 | This witness will testify as to the authenticity of records |
| 146. | Unidentified UP employees, past and present | | These witnesses will testify regarding UP policies and procedures on the design, construction, inspection, and maintenance of bridges, culverts, and tracks; maintenance-of-way rules; environmental policies; company, industry, and federal railway standards and regulations; design, construction, and maintenance of structures in Kingfisher County. |

| | | | |
|---|---|---|---|
| 147. | Custodian of records for KETA (PBS-13) | c/o Bob Sands<br>7403 N. Kelley Ave<br>Oklahoma City, OK 73111 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 148. | Custodian of records for KXII (FOX-12) NEWS | c/o News Director<br>P.O. Box 1449<br>Ardmore, OK 73401 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 149. | Custodian of records for KTEN (NBC-26) NEWS | c/o News Director<br>124 E. Main Street, Suite 2<br>Ada, OK 74820 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 150. | Custodian of records for KOKH (FOX 25) NEWS | c/o Joe Spedia,<br>News Director<br>1228 Wilshire Blvd.<br>Oklahoma City, OK 73111 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 151. | Custodian of records for KJRH (NBC-2) NEWS | c/o News Director<br>3701 S. Peoria Avenue<br>Tulsa, OK 74105 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 152. | Custodian of records for KOKI (FOX 23) NEWS | c/o News Director<br>2625 S. Memorial<br>Tulsa, OK 74129 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |

| | | | |
|---|---|---|---|
| 153. | Custodian of records for KOTV (CBS-6) NEWS | c/o News Director 302 S. Frankfort Ave. Tulsa, OK 74120 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 154. | Custodian of records for KSWO (ABC-7) NEWS | c/o News Director 1401 SE 60th Street Lawton, OK 73501 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 155. | Custodian of records for KTUL (ABC-8) NEWS | c/o News Director P.O. Box 8 Tulsa, OK 74101 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 156. | Custodian of records for KWTV (CBS-9) NEWS | c/o Blaise Labbe, News Director 7401 N. Kelley Avenue Oklahoma City, OK 73111 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 157. | Custodian of records for KFOR (NBC-4) NEWS | c/o News Director 444 E. Britton Road Oklahoma City, OK 73114 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 158. | Custodian of records for KOCO (ABC-5) NEWS | c/o Stephanie Crossweight, News Director 1300 E. Britton Road Oklahoma City, OK 73131 | This witness will testify as to the authenticity of all news video footage of the flood event of August 19, 2007, which is the subject of this lawsuit. |
| 159. | Olsson Associates | 2111 South 67th Street, Suite 200 Omaha, NE 68106 | Engineering services performed for Union Pacific Railroad |

| | | | |
|---|---|---|---|
| 160. | Rep. of Ecotech | No address as company out of business | Engineering services performed for Union Pacific Railroad |
| 161. | Drake Williams Steel, Inc. | 1602 N 11th St Omaha, NE 68110 | Engineering services performed for Union Pacific Railroad |
| 162. | Custodian of records for Allstate Insurance | National Catastrophe Team P.O. Box 94054 Palatine, IL 60094 | This witness will testify as to the authenticity of records |
| 163. | Custodian of records for State Farm Fire & Casualty | 12222 State Farm Blvd. Tulsa, OK 74146 | This witness will testify as to the authenticity of records |
| 164. | Custodian of records for Precise Adjustments | 899 El Centro Street South Pasadena, CA 91030 | This witness will testify as to the authenticity of records |
| 165. | Custodian of records for American Bankers Insurance Company of Florida | P.O. Box 979055 Miami, FL 33197 | This witness will testify as to the authenticity of records |
| 166. | Custodian of records for The Hartford Flood Insurance Processing Center | P.O. Box 2057 Kalispell, MT 59903 | This witness will testify as to the authenticity of records |
| 167. | Custodian of records for State Farm Insurance Centralized Catastrophe Services | P.O. Box 44083 Jacksonville, FL 32231 | This witness will testify as to the authenticity of records |
| 168. | Custodian of records for Throckmorton Insurance Agency | P.O. Box 297 Kingfisher OK 73750 | This witness will testify as to the authenticity of records |
| 169. | Custodian of records for Courtesy Insurance Agency of Oklahoma DBA American Insurance Center | PO BOX 13130 Oklahoma City, OK 73113 | This witness will testify as to the authenticity of records |

| | | | |
|---|---|---|---|
| 170. | Custodian of records for Farmers Insurance Company | Flood Insurance Processing Center<br>P.O. Box 2057<br>Kalispell, MT  55903 | This witness will testify as to the authenticity of records |
| 171. | Custodian of records for Fidelity National Insurance | 801 94th Ave North<br>St. Petersburg, FL  33702 | This witness will testify as to the authenticity of records |
| 172. | Bob Tillman<br>USDA Natural Resources Conservation Service | USDA, NRCS<br>100 USDA, Suite 206<br>Stillwater, OK 74074-2655 | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 173. | Doug Enevoldsen<br>Former Kingfisher City Manager | City of Sand Springs<br>P.O. Box 338<br>Sand Springs, Ok 74063 | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 174. | Mark Mueggenborg<br>Former City Councilman | Kingfisher, OK | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 175. | Dale Faulk<br>City Councilor | Kingfisher, OK | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 176. | Richard Flood<br>Former Mayor of Kingfisher, OK | Kingfisher, OK | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 177. | Jeff Menace<br>City Councilor | Kingfisher, OK | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 178. | Jeff Johnson<br>Former City Councilor | Kingfisher, OK | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 179. | Ruben Pullis<br>Former City Manager | Walters, OK | Efforts (or lack of efforts) by City of Kingfisher to control flooding |
| 180. | Randy Poindexter<br>Kingfisher Fire Dept. | Kingfisher, OK | Deposed |

| | | | |
|---|---|---|---|
| 181. | Richard Reynolds Kingfisher City Manager | Kingfisher, OK | Deposed. History of flooding; city history with flood control issues; |
| 182. | Geoff Miller Union Pacific Railroad | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | History of repairs to the line in question |
| 183. | Doug Feagan Union Pacific Railroad | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Contract between ODOT and Defendant |
| 184. | Jim Beran Union Pacific Railroad | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher |
| 185. | Gene Groves Union Pacific Railroad | c/o Gibbs Armstrong Borochoff Mullican & Hart 601 South Boulder, #500 Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher |

| | | | |
|---|---|---|---|
| 186. | Dean Barton<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | Railroad presence in Kingfisher; 2007 Flood; Bridges, culverts, and track in Kingfisher; History of Railroad in Kingfisher; Operations and maintenance in Kingfisher; Communications with Kingfisher residents, city leaders, FEMA, FRA, ODOT, and other governmental agencies regarding railroad operations in Kingfisher |
| 187. | Jennifer Hamen<br>Union Pacific Railroad | c/o Gibbs Armstrong<br>Borochoff Mullican & Hart<br>601 South Boulder, #500<br>Tulsa, OK 74119 | 10-Ks and the financial condition of Union Pacific Railroad |
| 188. | William Burpo | Kingfisher, Oklahoma | May discuss facts of the flood event of 2007 |
| 189. | Joyce Stuteville | 1009 Park Plz<br>Kingfisher OK 73750 | Alleged property damage to R&S Real Estate |
| 190. | Danny Francis<br>Francis Enterprise | Route 2 Box 83<br>Kingfisher, OK 73750 | Work performed around Kingfisher Creek Bridge following the August 2007 flood |
| 191. | Steve Richards<br>Vice-Mayor | Kingfisher, OK | 2007 flooding in Kingfisher |
| 192. | Andres Camanena Veras | Rt. 2 Box 106<br>Kingfisher, OK 73750 | flooding in Kingfisher |
| 193. | ODOT representative to testify to Lease Purchase Agreement | | |
| 194. | Custodian of records for other documents revealed during discovery | | |

| 195. | Any and all witnesses yet to be determined through the course of discovery | | |
|---|---|---|---|
| 196. | Any and all witnesses identified by the Plaintiffs, not previously objected to by Defendant | | |
| 197. | Any and all experts identified by the Plaintiffs, not previously objected to by Defendant. | | |

**GIBBS ARMSTRONG BOROCHOFF**
**MULLICAN & HART, P.C.**


/s/    Robert D. Hart_____
Robert D. Hart, OBA #16358
George R. Mullican, OBA #16701
Laura Eakens, OBA #20196
601 South Boulder Avenue, Suite 500
Tulsa, Oklahoma 74119
Telephone (918) 587-3939
Facsimile (918) 582-5504

and

Henry Meyer, II
Meyer & Leonard
116 East Sheridan, Suite 207
Oklahoma City, OK  73104
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF DELIVERY

I hereby certify that on the 13th day of April 2009, I electronically transmitted foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Bradley A. Gungoll
Brandon Atkinson
Bradley Davenport
GUNGOLL, JACKSON, COLLINS,
    BOX & DEVOLL, P.C.
323 West Broadway
Enid, Oklahoma 73702
(405) 234-0436 – Phone
(405) 233-1284 – Facsimile
**ATTORNEY FOR PLAINTIFFS**

Michael Smith
John Morris
GUNGOLL, JACKSON, COLLINS,
    BOX & DEVOLL, P.C.
3030 Chase Tower
100 North Broadway
Oklahoma City, OK  73102
(405) 272-4710 – Phone
(405) 272-5141 – Facsimile
**ATTORNEY FOR PLAINTIFFS**

/s/    Robert D. Hart         _____